BEMIS BRO. BAG COMPANY, Appellant, v. Charles N. FEIDELSON, Regional Director of the National Labor Relations Board, etc., et al., Appellees.

No. 7325.

Circuit Court of Appeals, Sixth Circuit.

Jan. 4, 1938.

Frank Y. Gladney, of St. Louis, Mo., and S. J. Everett, of Jackson, Tenn., for appellant.

Philip G. Phillips, of Cincinnati, Ohio, for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to agreed motion of counsel.

---

Augusta Z. BENTLEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7389.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1938.

Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

Robert H. Jackson, Sewall Key, Harry Marselli, and Berryman Green, all of Washington, D. C., for respondent.

Before MOORMAN and SIMONS, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

The court being of opinion that there is substantial evidence to support the finding of the Board of Tax Appeals that there was a deficiency in the income tax of the petitioner for the year 1930, it is ordered that the order of the Board assessing the deficiency so found be, and the same is, affirmed.

---

Joseph BERGER, Appellant, v. CORONADO HOTEL COMPANY et al.

No. 11025.

Circuit Court of Appeals, Eighth Circuit.

Sept. 27, 1937.

Robert L. Aronson, of St. Louis, Mo., for appellant.

Rassieur, Long & Yawitz and Joseph H. Grand, all of St. Louis, Mo., and David Levinson, for appellees.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellant and certificate of clerk of District Court.

---

BIOLITE, Inc., Plaintiff-Appellant, v. Sebastiano SECHI, Domenico Zilli, and Anna M. Cowhey, Individually and Trading as Bubble-Glo Sign Co., Defendants-Appellees.

BIOLITE, Inc., Plaintiff-Appellant, v. BUBBLE-GLO SIGN CO., Defendant-Appellee.

Nos. 83, 84.

Circuit Court of Appeals, Second Circuit.

Dec. 6, 1937.

Olvany, Eisner & Donnelly, of New York City (Frederick P. Warfield and Griffith Beems, both of New York City, of counsel), for appellant.

Victor D. Borst, of New York City, for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decrees affirmed.